UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON'SHON RONALD ALBERT STREET,

    Plaintiff,

v.

                                Case No. 1:22-cv-356

BERRIEN COUNTY JAIL, et al.,             HONORABLE PAUL L. MALONEY

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint against Defendants Berrien County Jail, Chaplain Russell Simmons, and Sheriff Paul Bailey on April 18, 2022.  Defendant Simmons filed a combined motion to dismiss and motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 11, 2024, recommending that this Court grant the motion and enter judgment.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion to dismiss, or, in the alternative, motion for summary judgment (ECF No. 17) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  February 6, 2024                                    /s/  Paul L. Maloney
                                                                             Paul L. Maloney
                                                                               United States District Judge