UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON'SHON RONALD ALBERT STREET,

    Plaintiff,

v.

                                  Case No. 1:22-cv-356

BERRIEN COUNTY JAIL, et al.,        HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: February 6, 2024                                /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge